In the Matter of ASARCO, L.L.C., Debtor.

Meritain Health, Inc., Appellant

v.

ASARCO, L.L.C., Appellee.

In the Matter of ASARCO, L.L.C.; et al, Debtor.

ASARCO, L.L.C.; et al, Debtor in Possession, Appellee

v.

Scrip World, L.L.C., Appellant.

Nos. 12–41037, 12–41047.

United States Court of Appeals, Fifth Circuit.

June 11, 2013.

Daniel A. Platt, Esq., Derrick Matthew Talerico, Esq., Loeb & Loeb, Los Angeles, CA, John Philip Melko, Attorney, Clinton Ross Snow, Attorney, Gardere Wynne Sewell, L.L.P., Houston, TX, for Appellant.

Alexander R. Arpad, Esq., Attorney, Gerald L. Shelley, Fennemore & Craig, Phoenix, AZ, for Appellee.

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.